# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS EDICK, | NO. ED CV 08-0882 PA (FMO) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the court's Case Management Order, filed on July 7, 2008 ("Court's Order of July 7, 2008"), the parties' Joint Stipulation was due on or about June 26, 2009. It appears from the record that the Joint Stipulation has not been filed as required by the Court's Order of July 7, 2008.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **July 30, 2009,** plaintiff shall show cause, if any there be, why this action should not be dismissed for plaintiff's failure to prosecute this action. **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury. In particular, plaintiff's declaration must address why the Joint Stipulation has not been filed, even though it was due 14 days ago. If plaintiff contends that defendant is somehow responsible for the failure to file the Joint Stipulation, plaintiff shall explain why he has not filed a motion for sanctions or otherwise**

1 **brought defendant's failure to comply with the Court's Order of July 7, 2008, to the**
2 **attention of the court.  Failure to timely file such a declaration or to show cause as ordered**
3 **will result in dismissal of this action for failure to prosecute.**
4     **Filing of the Joint Stipulation shall be a satisfactory response to the Order to Show**
5 **Cause.  However, absent exceptional circumstances, no extensions will be granted for the**
6 **filing of the Joint Stipulation**.
7     **IT IS SO ORDERED.**
8 Dated this 10th day of July, 2009.

                                                    /s/
                               Fernando M. Olguin
                          United States Magistrate Judge