# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS EDICK, | NO. ED CV 08-0882 PA (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  _August 7, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE